C5 So.2d 918

**Walter CONNER v. STATE.**

6 Div. 604.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

36 So.2d 608

**W. H. CONWAY v. J. A. PROCTOR et al.**

8 Div. 671.

Court of Appeals of Alabama.
May 25, 1948.

H. T. Foster, of Scottsboro, for appellant.

Proctor & Snodgrass, of Scottsboro, for appellees.

BRICKEN, Presiding Judge.
Appeal dismissed.

34 So.2d 868

**Lenus C. CORNMAN v. STATE.**

6 Div. 612.

Court of Appeals of Alabama.
March 2, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

35 So.2d 918

**Lottie B. CRAIG v. STATE.**

6 Div. 575.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

32 So.2d 177

**Floyd CRANE v. STATE.**

6 Div. 388.

Court of Appeals of Alabama.
April 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

29 So.2d 894

**Bob CRAWFORD v. STATE.**

2 Div. 750.

Court of Appeals of Alabama.
Nov. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.